FILED
2006 Jan-10 AM 08:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **DAVID JAMES FREEMAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **4:04-cv-02655-HGD** |
| **SCOTT HASSELL, CHIEF** ) | |
| **CORRECTIONS OFFICER** ) | |
| **FOR ETOWAH COUNTY,** ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

On November 3, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. After the magistrate judge granted petitioner's motion for an extension of time, on December 19, 2005, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Accordingly, an order DENYING the

petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 will be entered separately.

Done the 10th day of January, 2006.

/s/ U.W. Clemon
U.W. Clemon
Chief United States District Judge